**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| KAREN SUE LUTTRELL, ) | Cause No. 4:17-cv-00087-JTM-JEM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAFAYETTE INSTRUMENT COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Lafayette Instrument Company, Inc. ("Lafayette Instrument"), by counsel, hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Lafayette Instrument does not have a parent corporation.

2. There are no publicly-held companies that own ten percent (10%) or more of Lafayette Instrument.

FROST BROWN TODD LLC

By: */s/Alexander P. Will*
    Alexander P. Will, #23474-49
    Heather L. Wilson, #20432-41
    Attorney for Lafayette Instrument
    Company, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel/parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lori W. Jansen
Christopher C. Myers & Associates
809 S. Calhoun St., Suite 400
Fort Wayne, IN  46802
ljansen@myers-law.com

                                                        */s/Alexander P. Will*
                                                        Alexander P. Will

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
awill@fbtlaw.com
hwilson@fbtlaw.com

LR00005.0646152   4815-2448-5461v1